# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2024-2929
LT Case No. 2023-305642-CFDB
_____

JOHN PAUL EARL MCDONALD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Volusia County.
Kathryn Diane Weston, Judge.

John Paul Earl McDonald, Lake Butler, pro se.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

January 17, 2025

PER CURIAM.

    AFFIRMED. *See Kronz v. State*, 462 So. 2d 450 (Fla. 1985).


JAY, EISNAUGLE, and SOUD, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————